## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RICHARD ALLEN FREIBERG,**

    **Plaintiff,**

vs.                                   Case No. 4:05cv177-RH/WCS

**JOHN O. AGWUNOBI,**
**LARRY McPHERSON,**

    **Defendants.**

_____/

## O R D E R

Plaintiff, proceeding *pro se*, filed a civil rights complaint against two Defendants on May 26, 2005. Doc. 1. Plaintiff paid the filing fee at the time of case initiation, and summons were issued by the Clerk's Office. Because Plaintiff is not a prisoner and is not proceeding *in forma pauperis*, the Court is not required to perform a frivolity review of the complaint prior to service and, indeed, it appears that executed returns of service have been filed for both Defendants. Docs. 5-6. As Plaintiff is *pro se*, this order is entered to advise Plaintiff that upon the filing of an answer or other responsive pleading to the complaint, the Court will issue a scheduling order to guide these proceedings. Should Defendant(s) file a motion to dismiss (which should be filed within twenty (20)

days after being served with summons), Plaintiff is advised that he has twenty (20) days from the date of service of the motion to file a reply to the motion. Plaintiff shall file the reply, if desired, with the Clerk of Court, provide an identical copy of his reply to Defendants or Defendants' counsel, and keep a copy for himself. All documents filed with the Court must contain Plaintiff's original signature and must contain a "certificate of service" demonstrating how and when the document was provided to opposing counsel.

Accordingly, it is **ORDERED** that the Clerk of Court shall return this file to the undersigned upon receipt of an answer or similar response to the complaint, or no later than June 28, 2005.

**DONE AND ORDERED** on June 16, 2005.


    **s/ William C. Sherrill, Jr.**
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**