## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

RICHARD ALLEN FREIBERG, N.M.D.

    VS                                                CASE NO. 4:05cv177-RH/WCS

JOHN O. AGWUNOBI, et. al.,

### REFERRAL AND ORDER

    The motion/pleading was filed by defendant on 06/24/2005 (document #9), and referred to Magistrate Judge William C. Sherrill on 06/24/2005.

    Summary of motion/pleading: MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

                                                    WILLIAM M. MCCOOL, CLERK OF COURT

                                                    s/ Angela Maxwell
                                                    DEPUTY CLERK

### ORDER OF COURT

    Upon consideration of the foregoing, it is ORDERED this 28th day of June, 2005, the requested relief is **GRANTED.**  Defendant shall have until July 29, 2005, in which to file an answer to Plaintiff's complaint.

                                                    S/ William C. Sherrill
                                                  UNITED STATES MAGISTRATE JUDGE