**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RICHARD ALLEN FREIBERG,**

    **Plaintiff,**

vs.                          Case Number 4:05cv177-RH/WCS

**DR. M. RONY FRANCOIS, et al.,**

    **Defendants.**

_____/

**O R D E R**

After a motion to dismiss the complaint was filed by two of the Defendants, doc. 13, Plaintiff filed an amended complaint, doc. 18. The two originally served Defendants filed another motion to dismiss, doc. 25, and subsequently, the two added Defendants also filed a motion to dismiss the amended complaint, doc. 29. The *pro se* Plaintiff has now filed another motion seeking leave to amend the complaint. Doc. 33. Plaintiff simultaneously submitted the second amended complaint, doc. 34, and a memorandum of law, doc. 35.

Pursuant to Rule 15(a), a party may amend his pleading "once as a matter of course at any time before a responsive pleading is served . . . ." FED. R. CIV. P. 15(a). Although Defendants have only filed motions to dismiss at this point which are not

responsive pleadings as defined by the Rules of Civil Procedure, leave of court is required because Plaintiff has already submitted an amended complaint once in this case.  FED. R. CIV. P. 15(a).  Nevertheless, the rule states that "leave shall be freely given when justice so requires."  *Id.*  Thus, Plaintiff's motion to amend his complaint and file a second amended complaint will be granted.  Defendants shall have until **January 17, 2006,** to file a response to the second amended complaint.  In light of Plaintiff's second amended complaint, Defendants' previously filed motions to dismiss, docs. 25 and 29, are denied as moot.

Accordingly, it is hereby

**ORDERED:**

1. Defendants' motions to dismiss, docs. 25 and 29, are **DENIED as moot**.

2. Plaintiff's motion for leave to file a second amended complaint, doc. 33, is **GRANTED**.

3. The Clerk of Court shall return this file to the undersigned upon Defendants filing of a response to the amended complaint, or no later than January 17, 2006.

**DONE AND ORDERED** on December 6, 2005.

> s/   William C. Sherrill, Jr.
> **WILLIAM C. SHERRILL, JR.**
> **UNITED STATES MAGISTRATE JUDGE**

Case Number 4:05cv177-RH/WCS