**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**RICHARD ALLEN FREIBERG,**

    **Plaintiff,**

vs.                                                          Case Number 4:05cv177-RH/WCS

**DR. M. RONY FRANCOIS, et al.,**

    **Defendants.**

    _____/

## O R D E R

Plaintiff, proceeding *pro se*, has filed a "consented to petition for equal protection of the laws and full access to the court through being allowed to file papers in this cause through this court's electronic filing system." Doc. 52. Plaintiff seeks leave of court fo file documents electronically and asserts he is "at a constant disadvantage in this cause by being prohibited from being allowed to file papers in this cause through this court's electronic filing system." *Id.* Plaintiff contends that he "has had to utilize costly overnight" mail to file documents, but opposing counsel "can wait to the last moments and file his papers electronically." *Id.*

That Plaintiff may wait to the last moment to file a document and his delay causes him to pay overnight mailing fees is not good cause for making an exception to

Case 4:05-cv-00177-RH-WCS   Document 53   Filed 02/24/06   Page 2 of 2

Page 2 of 2

N.D. Fla. Loc. R. 5.1(A).  Additionally, Plaintiff is able to request additional time if it is needed, just as he has done previously.  Docs. 50, 51.  The motion is denied.

Accordingly, it is hereby

**ORDERED:**

1.  Plaintiff's motion seeking leave to file papers electronically, doc. 52, is **DENIED**.

2.  The Clerk of Court shall return this file to the undersigned upon Plaintiff's filing of his response to the motions to dismiss, or no later than March 6, 2006.

**DONE AND ORDERED** on February 24, 2006.

        s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**